UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATSY J. MORTON, et al.,

                              Plaintiffs,

            -against-

JPMORGAN CHASE BANK, N.A.,

                              Defendant.

25-CV-6168 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On July 28, 2025, Defendant removed this action from Supreme Court, County of Westchester to this Court. ECF No. 1. By order dated August 1, 2025, the Court granted Defendant an extension to file an answer or other responsive pleading to September 1, 2025. ECF No. 6. In the interim, Plaintiff filed (1) a motion to join a necessary party pursuant to Rule 15(a)(2); and (2) a motion for remand. ECF Nos. 8, 9. Defendant filed an opposition on August 25, 2025. ECF Nos. 10, 11. Plaintiff shall file any reply on or before **September 12, 2025**.

In light of the pending motions, the Court stays Defendant's deadline to answer or file a responsive pleading pending resolution of the joinder and remand motions. Should the Court conclude that removal was proper, the Court will thereafter reset Defendant's deadline to file a responsive pleading.

Dated:    August 27, 2025
          New York, New York

                              SO ORDERED.

                              JESSICA G. L. CLARKE
                              United States District Judge