UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATSY J. MORTON, et al.,

                    Plaintiffs,

        -against-

JPMORGAN CHASE BANK, N.A.,

                   Defendant.

25-CV-6168 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has reviewed the parties' briefing on Plaintiffs' motion to amend the Complaint (ECF No. 8) and Plaintiffs' motion to remand the case to state court (ECF No. 9). Plaintiffs seek to amend their complaint to add JPMorgan Chase & Co. as a defendant. Plaintiffs move to remand the action to state court because, with the prospective addition of JPMorgan Chase & Co., diversity jurisdiction in this action would be destroyed.

With respect to Plaintiffs' requested amended complaint, a motion to amend is not necessary. Plaintiffs are permitted to amend their complaint without the Court's permission under Federal Rule of Civil Procedure 15. This Rule permits a party to "amend its pleadings once as a matter of course no later than . . . 21 days after service of a responsive pleading or . . . a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1). Here, Defendant JPMorgan Chase Bank, N.A., has neither responded to the complaint nor filed a motion to dismiss. As such, Plaintiffs shall file their amended complaint by **March 10, 2026**.

It is premature for the Court to rule on Plaintiffs' motion to remand. Without an amended complaint, the Court cannot ascertain whether Plaintiffs are adding JPMorgan Chase & Co. for a permissible reason or simply to defeat jurisdiction by adding a party with "no real connection to the controversy." *Pampillonia v. RJR Nabisco, Inc.*, 138 F.3d 459, 461 (2d Cir. 1998). As such,

within two weeks after filing their amended complaint, Plaintiffs are permitted to renew their motion to remand, which will allow the Court to determine whether Plaintiffs are attempting to fraudulently join a non-diverse party simply to destroy the Court's jurisdiction in this case, as Defendant maintains.

The Clerk of Court is directed to terminate ECF Nos. 8 and 9 and mail a copy of this Order to Plaintiffs.

Dated: February 10, 2026
White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge